11/9/07

[07cv.7656-AJP]

Dear your Honor

I am writing in the the concern to get some assistance from you in hoping that you idenify the idenifaction of these undercovers so I could proceed with my case I have written the pricent the Information to handle it over to the undercovers but not have gotton any responce

**MEMO ENDORSED** 11/15/07

One fed. Marshall has served the [City] [Sham] for and counsel for all City oppos, paper interrogatories [can] [be] served by you on all [City] [Ptys] [duty] the undercovers. [Ptf's] attorney [was] [arraigned] — you will need to [order] [transcripts] [for] [your] [case].

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

copy: Mr. Cotto
[Jeff Swain]

Thank You for your time on this Important matter

Edelmo Cotto
06R5206

SAMPLE FORM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

EDDIE COTTO - 06R5204
         *Plaintiff*,

PLAINTIFF'S INTERROGATORIES
TO DISCOVER IDENTITIES AND
ADDRESSES OF DEFENDANTS

        - against -                                                07 Civ. 7656 (TPG)

Under Cover - 1133   25-Precinct
Under Cover - 2772 - 23 Precinct
Under Cover - 5550 - 23 Precinct
         *Defendants*.

Pursuant to Fed. R. Civ. P. 33, the Defendant(s) shall serve answers, under oath, to the following interrogatories within 30 days upon plaintiff at the address below.

Dated: 10/24/07

Eddie Cotto
*Plaintiff's Name*
Identification No. *(If applicable)* 06R5204
Address: MOHAWK-CORR. FACILITY
6100 SCHOOL ROAD P.O. BOX 8451
Rome New York 13442-8451

**INTERROGATORIES**

1. Identify all corrections officers [*provide physical description here, if known*] who were on duty or otherwise present on [*March 3, 1993, in the Special Housing Unit of the A.R.D.C., 11-11 Hazen Street, E. Elmhurst, New York between the hours of 12 midnight and 7:00 a.m.*]

2. State the name, shield number, and address where process may be served on any person identified above.

3. If any individual named in response to interrogatory one is no longer employed by *the City of New York Department of Correction or the New York State Department of Correctional Services*, provide the date and reason for the individual's resignation, termination, dismissal or separation. Also provide the last known address for said individual.

Re:     07 Civ. 7656 (LTS) (AJP), Eddie Cotto v. [Sergeant Bones, Chief-In-Charge Officer Alfred,] Detective Nelson Pabon; Detective Luis Ramos; Detective John Doe #1, Shield #1133, Undercover N.Y.C. Police Dep't, 25th Precinct Manhattan North Narcotics Command; Sgt. Harrington; & City of New York

# TRANSCRIPTION:

MEMO ENDORSED 11/15/07

Once the Marshal has served the City of New York and counsel for the City appears, proper interrogatories can be served by you on the City to identify the undercovers. The attached was a sample – you will need to make it appropriate for your case.

Copies to:   Eddie Cotto (Mail)
             Judge Laura Taylor Swain