UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EDDIE COTTO,

          Plaintiff,

   -against-

SERGEANT BONES, et al.,

          Defendants.

------------------------------------- x

07 Civ. 7656 (LTS) (AJP)

RULE 16 INITIAL
SCHEDULING ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

      Pursuant to Rule 16, Fed. R. Civ. P., IT IS HEREBY ORDERED THAT:

      1.    Defendants' time to respond to the complaint is extended to December 28, 2007.

      2.    All fact and expert discovery must be completed by February 29, 2008. Expert reports must be served by February 1, 2008.

      3.    Each party will notify this Court by March 4, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by March 24, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

C:\ORD\16RULES

4.  The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by March 24, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5.  A status conference will be held before the undersigned on January 4, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

6.  The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED: New York, New York
November 19, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies to: Eddie Cotto (Mail)
Brian Francolla, Esq. (Fax)
Sarah B. Evans, Esq. (Fax)
Judge Laura Taylor Swain

C:\ORD\16RULES