

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

SARAH B. EVANS
*Assistant Corporation Counsel*
Tel.: (212) 788-1041
Fax: (212) 788-9776

December 28, 2007

**VIA HAND DELIVERY**
Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

**MEMO ENDORSED** /2

Re: Eddie Cotto v. Undercover John Doe Shield No.: 1133, et al.,
    07 CV 7656 (LTS) (AJP)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendant City of New York.[1] As Your Honor may be aware, defendant City of New York served and filed a motion to dismiss plaintiff's amended complaint in lieu of an answer today.[2]

As Your Honor may also be aware, pursuant to Your Honor's November 19, 2007 Order, discovery is scheduled to close on February 1, 2008 and there is a status conference scheduled for January 4, 2008 at 9:30 a.m. In light of defendant City's motion to dismiss, which we submit is fully dispositive of the claims in plaintiff's amended complaint, defendant respectfully requests an adjournment of the January 4, 2008 conference pending a

---

[1] This case has been assigned to Assistant Corporation Counsel Brian Francolla, who is presently awaiting admission to the bar, and is handling this matter under supervision. Mr. Francolla may be reached directly at (212) 788-0988.

[2] Upon information and belief, the individuals identified in the caption of the amended complaint as Detective Nelson Pabon, Detective Luis Ramos, Detective Undercover "John Doe," Shield #1133, and Sergeant Harrington have not been served with a copy of the summons and amended complaint in this action and are therefore not defendants at this time. As noted in defendant City's motion to dismiss, should any of these individuals be served in this action, defendant City respectfully submits that the arguments raised in its motion would be equally applicable to them.

decision on defendant's motion to dismiss. Furthermore, in light of defendant's motion to dismiss, we respectfully request that the Court stay discovery in this matter pending a decision on the motion.

    I write directly to the Court since plaintiff is incarcerated and proceeding *pro se*.

    In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration.

Respectfully submitted,

Sarah B. Evans
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Mr. Eddie Cotto (By mail)
Plaintiff *Pro Se*
DIN # 06-R-5209
Mohawk Correctional Facility
6100 School Road
PO Box 8451
Rome, New York 13442-8451

**MEMO ENDORSED** 1/2/08

1. The 1/4/08 conference is adjourned.
2. As this is Judge [illegible], I am unable to deliver [illegible] you as wanted for you did not provide me with a copy of [illegible] letter properly. Thus, as if now, the request for a stay of discovery is denied, but the further discovery is [illegible] 1/4/08.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy: [illegible]

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:      (212) 805-7933
Telephone No.: (212) 805-0036

Dated: **January 2, 2008**                                Total Number of Pages: **3**

| TO | FAX NUMBER |
|---|---|
| Sarah B. Evans, Esq.<br>Brian Francolla, Esq. | 212-788-9776 |
|  |  |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 1/2/08**

1. The 1/4 conf. remains scheduled.
2. As to the stay of discovery issue, I am unable to determine if one is warranted because you did not provide me with a courtesy copy of the motion papers. Thus, as of now, the request for a stay of discovery is denied, but can be further discussed at the 1/4 conf.

Copies to:   Eddie Cotto (Mail)
            Judge Laura Taylor Swain