UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COTTO,

                Plaintiff,

-against-

PABON, et al.,

                Defendants.

No. 07 Civ. 7656 (LTS)(AJP)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 03 2008

LAURA TAYLOR SWAIN, DISTRICT JUDGE:

### ORDER

       The Court has received a Motion to Dismiss by Defendants. Paragraph 2.B. of the Individual Practices Rules of the undersigned provides:

> **B. Informal efforts to resolve issues required.** In civil cases, prior to making a motion of any type, and prior to requesting a conference on any discovery issues, the parties shall use their best efforts to resolve informally the matters in controversy. Such efforts shall include, but need not be limited to, an exchange of letters outlining their respective legal and factual positions on the matters and at least one telephonic or in-person discussion of the matters. If a motion or a discovery conference request remains necessary, the notice of motion or written discovery conference request must include a separate paragraph certifying in clear terms that the movant or requesting party has used its best efforts to resolve informally the matters raised in its submission.

Although Defendants proffer that they have complied with Rule 2.B., the Court finds such proffer insufficient. Specifically, and in accordance with the Rule, Defendants must provide Plaintiff with a substantive summary of their motion, and allow Plaintiff a reasonable time to respond.

       It is hereby ORDERED, that the above-referenced motion is hereby TERMINATED for purposes of the Court's docket, without prejudice to reinstatement upon application, upon notice to adverse parties and accompanied by the requisite certification; it is further

       ORDERED, that no response to the motion is required unless a reinstatement application is granted, in which case the time to respond of any adverse party shall be calculated from

2B.WPD    VERSION  7/18/06

Copies mailed/faxed to _All parties_
Chambers of Judge Swain  1-3-08

the date of service of the order of reinstatement and in accordance with Local Civil Rule 6.1 of the United States District Court for the Southern District of New York.

Dated: New York, New York
      January 2, 2008

                                          LAURA TAYLOR SWAIN
                                          United States District Judge