```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
EDDIE COTTO,                           :
            Plaintiff,                 :    07 Civ. 7656 (LTS) (AJP)
    -against-                          :    ORDER
SERGEANT BONES, et al.,                :
            Defendants.                :
-------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

1. Plaintiff is to file an amended complaint by January 31, 2008, with sufficient factual pleading to address the claimed deficiencies that were raised in defendants' previously filed and terminated motion to dismiss.

2. Defendants' time to answer or motion to dismiss the amended complaint is due by February 22, 2008.

3. Discovery is stayed pending decision on the motion referred to in paragraph 2 above.

SO ORDERED.

Dated:  New York, New York
        January 4, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:  Eddie Cotto (Mail)
            Brian Francolla, Esq. (Fax)
            Sarah B. Evans, Esq. (Fax)
            Judge Laura Taylor Swain

C:\OPIN\