UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------- x

EDDIE COTTO,                          :

            Plaintiff,           :     07 Civ. 7656 (AJP)

         -against-                  :     ORDER RESCHEDULING
                                                             STATUS CONFERENCE
SERGEANT BONES, et al.,               :

           Defendants.         :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        The status conference originally scheduled for February 27, 2008 is rescheduled at defendants' request to **March 3, 2008 at 9:30 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Defense counsel is to arrange for plaintiff, Mr. Cotto, to appear telephonically.

        SO ORDERED.

DATED:    New York, New York
               February 6, 2008

                                                      Andrew J. Peck
                                                      United States Magistrate Judge

Copies to:    Eddie Cotto (Mail)
                 Brian Francolla, Esq.
                 Sarah B. Evans, Esq.

C:\ORD\