2127880902

HON ANDREW J PECK SDNY Fax:212-805-7933          Feb  5 2008 10:55am P002/004

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  FEB 0 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Eddie Cotto,

                  Plaintiff(s),

     - against -

Sergeant Bones, et al.

                Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 7656 ((JS)(AJP)

IT IS HEREBY STIPULATED by the undersigned:

     1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United
States Magistrate Judge conduct all further proceedings in this action, including any trial and entry
of final judgment.

     2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the
Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3)
and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address
Telephone

_____
Attorney(s) for Defendant(s)
Address   100 Church Street  NYC 10007
Telephone  212-788-1041

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____  2/8/2008
                    U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99