USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EDDIE COTTO,

                                        Plaintiff,

**ORDER**

07 CV 7656 (LBS)(AJP)

-against-

DETECTIVES NELSON PABON, LUIS RAMOS,
UNDER COVER JOHN DOE SHIELD #1133 AND SGT.
HARRINGTON,

                                          Defendants.

------------------------------------------------------------------x

        Upon the application of defendants for leave to take the deposition of plaintiff, Eddie Cotto, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure,

        **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Mohawk Correctional Facility transport and produce inmate Eddie Cotto, Inmate No. 06-R-5209, from Mohawk Correctional Facility, located in Rome, New York to Sing Sing Correctional Facility, located in Ossining, New York for the taking of his deposition on **April 3, 2008 at 10:00 A.M.**, and for so long thereafter, from day to day, as the deposition continues; and (2) that inmate Eddie Cotto appear in such place as designated by the Superintendent or other official in charge of Sing Sing Correctional Facility so his deposition may be taken.

Dated: New York, New York
        2/28/08

ANDREW PECK, U.S.M.J.
United States Magistrate Judge
Southern District of New York

Copy: All Parties/Court (fax)