UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/15/08

------------------------------------- x

EDDIE COTTO,                                 :

           Plaintiff,                           :

     -against-                                  :

SERGEANT BONES, et al.,                      :

           Defendants.                          :

------------------------------------- x

07 Civ. 7656 (AJP)

ORDER SCHEDULING
DISCOVERY CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Monday, May 19, 2008 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street). Defense counsel is to arrange for plaintiff, Mr. Cotto, to appear telephonically by calling chambers (212-805-0036) at the scheduled time.

    SO ORDERED.

Dated:     New York, New York
             May 15, 2008

                                Andrew J. Peck
                                United States Magistrate Judge

Copies to:   Eddie Cotto (Mail)
               Brian Francolla, Esq. (Fax)

C:\ORD\Order Scheduling Status Conference

Case 1:07-cv-07656-AJP   Document 34   Filed 05/15/2008   Page 2 of 2

```
** Transmit Confirmation Report **
```

P.1                                              May 15 2008 02:54pm
HON ANDREW J PECK SDNY Fax:212-805-7933

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912127889776 | Normal | 15,02:54pm | 0'32" | 4 | # O K | |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

<u>Dated</u>: **May 15, 2008**                    <u>Total Number of Pages:</u> **2**

| TO | FAX NUMBER |
|---|---|
| Brian Francolla, Esq. | 212-788-9776 |
| | |
| | |