

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/15/08

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
Corporation Counsel

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

BRIAN FRANCOLLA
Assistant Corporation Counsel
Tel.: (212) 788-0988
Fax: (212) 788-9776

May 15, 2008

BY FACSIMILE: (212)-805-7933
Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

Re: Eddie Cotto v. Undercover John Doe Shield No.: 1133, et al.,
07 CV 7656 (LTS) (AJP)

Your Honor:

I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants Detective Ramos and Sergeant Harrington.[1] I write further to Your Honor's February 9, 2008 Order which directed each party to notify the Court by May 16, 2008 as to whether it intends to move for summary judgment. I write to advise the Court that defendants intend to move for summary judgment, and respectfully request the Court's permission to do so. Should the Court grant the within request, we respectfully request that Court adopt the following briefing schedule:

Defendants Motion Due:      On or before May 30, 2008

Plaintiff's Opposition Due:   On or before June 13, 2008

Defendants' Reply Due:      On or before June 20, 2008

**MEMO ENDORSED** 5/15/08

Schedule approved. (If plaintiff needs more time to
respond, he should ask for it.)

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Jud[ge]

---

[1] From a review of the docket sheet, it does not appear that the individuals identified in the caption of the Second Amended Complaint as Detective Pabon and "Undercover John Doe, Shield #1133" have been served with a copy of the Second Amended Complaint. Moreover, upon information and belief, these individuals have not requested legal representation from the Office of the Corporation Counsel.

**BY FAX**

In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration herein.

Respectfully submitted,

Brian Francolla
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Mr. Eddie Cotto (By mail)
Plaintiff *Pro Se*
DIN # 06-R-5209
Mohawk Correctional Facility
6100 School Road
PO Box 8451
Rome, New York 13442-8451

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: __May 15, 2008__                    Total Number of Pages: __3__

| TO | FAX NUMBER |
|---|---|
| Brian Francolla, Esq. | 212-788-9776 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 5/15/08

Schedule approved. (If Mr. Cotto needs more time to respond, he should ask for it.)


Copy to:    Eddie Cotto (Mail)