USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/12/08

June 1oTh 2008
Eddie Cotto#06-R-5207
Mohawk correction facility
P.O.BOX 8451
6100 School Road-Rome.N.Y.13442.

To The Honorable judge Andrew J.Peck
U.S.Magistrator for the Southern
District of New York United States Courthouse
500 Pearl street-Room 1370
New York.N.Y.10007.

       Re.Cotto-V-Undercover John Doe
          Shield#1133 et al..
          Civil NO#07-CV-7656(AJP).

Dear judge Peck!
   haveing just received the defendants paper work and due to the number of documents contained therein."I must request an extention of time to at least file an answer to those documents. I am at this time requesting a date of July 14th 2008 in which to file said answer. I thank you in advance for your time and attention in this matter.

                        Sincerly yours
                        Eddie Cotto
                    Plaintiff pro-se Eddie Cotto

CC.Counsel for the defendants
   Brain Francolla-Assistant
  Corporate counsel-City of New York
  100 Church Street-New York.N.Y.10007.

BY FAX

**MEMO ENDORSED**

Plaintiff Cotto's extension for opposition to defendants' summary judgment is granted - due 7/14. Defendants' reply due 7/21.

copy to Cotto (mail)
copy to Francolla (fax)

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  **June 12, 2008**                           Total Number of Pages: **2**

| TO | FAX NUMBER |
|---|---|
| Brian Francolla, Esq. | 212-788-9776 |
|  |  |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 6/12/08**

Plaintiff Cotto's extension for opposition to defendants' summary judgment motion is granted – **due 7/14**.  Defendants' reply papers are due **7/21**.

Copy to:  Eddie Cotto (Mail)