USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 7/16/08

TO THE HONORABLE JUDGE ANDREW J. PECK.
u.s. MAGISTRATOR FOR THE SOUTHERN
DISTRICT OF NEW YORK UNITED.STATES
COURTHOUSE.500.PEARL.STREET ROOM1370
NEW YORK.10007.

EDDIE.COTTO.06-5207.
MOHAWK CORRECTION FACILITY
P.O.BOX.8451. 6100 SCHOOL
ROAD ROME N.Y. 13442.



RE.COTTO-V-UNDERCOVER.JOHN.DOE
SHIED#1133.ET.AL...
CIVIL NO#07-CV-7656.(A.J.P. )

DEAR.JUDGE.PECK.

   DUE TO THE NUMBER OF DOCUMRNTS CONTAINED THEREIN." I MUST REQUEST AN ( SECOND.EXTENTION ) OF TIME TO AT LEAST FILE AN ( ANSWER ) TO THOSE DOCUMENTS. I AM AT THIS TIME REQUESTING ADATE OF ( AUGUST.14.2008 ) IN WHICH TO FILE SAID ANSWER. I THANK YOU IN ADVANCE FOR YOUR TIME AND ATTENTION IN THIS MATTER.

**MEMO ENDORSED** 7/16/08

1. Extension to 8/14 granted. No further extensions will be granted.
2. Appears to no longer be in custody.

SINCERLY.YOUR.
*Eddie Cotto*
PLAINTIFF.PRO-SE.EDDIE.COTTO

CC.COUNSEL FOR THE DEFENDANTS
  BRAIN.FRANCOLLA.ASSISTANT.
CORPORATE.COUNSEL-CITY OF NEW YORK.
100.CHURCH STREET NEW YORK.N.Y.10007.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

cc: M. Cotto (mail)
    B. Francolla (fax)

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** July 16, 2008                            **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Brian Francolla, Esq. | 212-788-9776 |
|  |  |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/16/08**

1. Extension to 8/14 is granted. No further extensions will be granted.

2. Defendants' reply papers are due 8/21.

Copy to:   Eddie Cotto (Mail)